No. 139.   PECK, TAX COMMISSIONER OF OHIO, *v.* BROADVIEW SAVINGS & LOAN CO. ET AL.   On petition for writ of certiorari to the Supreme Court of Ohio.   June 29, 1956.   Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court.   *C. William O'Neill,* Attorney General of Ohio, was on the stipulation for petitioner.   With him on the petition was *William E. Herron,* Assistant Attorney General.   *Florence G. Denton* for the Broadview Savings & Loan Co., *Francis J. Wright* for the Fremont Savings Bank Co., and *John P. McMahon* for the First National Bank of Akron, Ohio, et al., respondents, were on the stipulation.

No. 70.   IN RE IDAHO NATURAL GAS CO.   On petition for writ of certiorari to the Supreme Court of Idaho.   July 7, 1956.   Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court.   *Albert E. Hallett* for petitioner.   *Graydon W. Smith,* Attorney General of Idaho, was on the stipulation for the Idaho Public Utilities Commission.

No. 218.   WARNER ET AL. *v.* DOERR ET AL.   On petition for writ of certiorari to the Supreme Court of Minnesota.   September 4, 1956.   Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court.   *R. H. Fryberger* for petitioners.   *Karl H. Covell* for respondents.